■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAINO AYALA, Appellant. [879 NYS2d 730]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 29, 2007 (*People v Ayala*, 40 AD3d 1116 [2007]), affirming a judgment of the County Court, Putnam County, rendered July 16, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Spolzino, Skelos and Florio, JJ., concur.